FILED IN
COURT OF CRIMINAL APPEALS

July 30, 2015

ABEL ACOSTA, CLERK

PD-0981-15

PD-0981-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/29/2015 1:40:21 PM
Accepted 7/30/2015 2:38:55 PM
ABEL ACOSTA
CLERK

## FIRST COURT OF APPEALS NO. 01-14-00096-CR
## TRIAL COURT CASE NO. 1238640

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **TEXAS COURT** |
| | § | |
| **VS.** | § | **OF** |
| | § | |
| **JOHNATHAN ROSS NICKERSON** | § | **CRIMINAL APPEALS** |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JOHNATHAN ROSS NICKERSON, Appellant in the above styled and numbered cause, and moves this Court to grant his request to extend time to file the Petition for Discretionary Review, pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 177th Judicial District Court of HARRIS County, Texas.

2. The case below was styled the STATE OF TEXAS vs. JOHNATHAN ROSS NICKERSON, and numbered 1238640 .

3. Appellant was convicted of Capital Murder and sentenced to life without parole on October 30, 2013.

4. Notice of appeal was given on January 27, 2014.

5. The Court of Appeals affirmed the conviction of Mr. Nickerson on June

30, 2015.

6. The deadline to file a Petition for Discretionary Review is on or before July 30, 2015.

7. Appellant relies on the following facts as good cause for the requested extension:

a. Shortly after the judgement was received, Mr. Nickerson was provided notice of the Court's decision to affirm his conviction of Capital Murder and his sentence of life in prison.

b. On July 23, 2015, the undersigned met with the family to discuss Mr. Nickerson's options. After informing them of the costs and the procedure surrounding a PDR, the family informed counsel that they were going to try and work on obtaining the money to hire counsel to prepare the PDR.

c. As of the date of this motion, counsel has not been retained to represent Mr. Nickerson further, but decided to file this motion in order to receive additional time for the family to determine if they are able to hire counsel to file a PDR.

d. Counsel would ask this Court to grant Mr. Nickerson of 60 days in Order to prepare and file a PDR with the Court of Criminal Appeals, either through counsel or pro-se.

e. This is the last action filed on Mr. Nickerson's behalf by the undersigned.

8. This request is not for delay, but rather, to adequately prepare the petition in the interests of justice.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time To File Petition For Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Offices, Andre' L. Ligon P.C.
Attorneys at Law
1314 Texas Ave. #1500
Houston, Texas 77002
Tel: (713) 662-2500
Fax: (713) 222-0252


By:/S/ *Andre' L. Ligon*
  Andre' L. Ligon
  State Bar No. 00797840
  Attorney for JOHNATHAN ROSS NICKERSON

## CERTIFICATE OF SERVICE

This is to certify that on July 29, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County.

/S/ Andre' L. Ligon
ANDRE LIGON

**STATE OF TEXAS**             §
                              §
**COUNTY OF HARRIS**           §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared

ANDRE LIGON, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled

cause. I have read the foregoing Motion To Extend Time To File

Petition For Discretionary Review and swear that all of the allegations

of fact contained therein are true and correct."

_____
ANDRE LIGON
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** by Andre" L. Ligon on

_____, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

**FIRST COURT OF APPEALS NO. 01-14-00096-CR**
**TRIAL COURT CASE NO. 1238640**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **TEXAS COURT** |
| | § | |
| **VS.** | § | **OF** |
| | § | |
| **JOHNATHAN ROSS** | § | **CRIMINAL APPEALS** |
| **NICKERSON** | | |

**ORDER GRANTING APPELLANT MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

On _____, 2015, the Court considered the Appellant's Motion To

Extend Time To File Petition For Discretionary Review and after due consideration,

hereby GRANTS the Appellant's Motion.

It is Ordered that Johnathan Ross Nickerson has until _____ 2015 to file

a Petition for Discretionary Review if he so chooses too.

Date:_____, 2015.

_____
JUDGE PRESIDING

APPROVED:

By:*/S/ Andre' L. Ligon*_____
Andre' L. Ligon
State Bar No. 00797840
1314 Texas Ave. #1500
Houston, Texas 77002
Tel: (713) 662-2500
Fax: (713) 222-0252

Attorneys for JOHNATHAN ROSS NICKERSON